# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD J. DEMPSEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-111-Orl-19DAB**

**WILLIAM T. MCCLUAN, BOARD OF BREVARD COUNTY COMMISSIONERS, TRUMAN SCARBOROUGH, JR., RON PRITCHARD, NANCY HIGGS, SUE CARLSON, JACKIE COLON, SHERIFF PARKER, EMANUEL JENKINS, JOHN DOE DEPUTIES,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2)**
>
> **FILED:** January 23, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    In reviewing an application to proceed *in forma pauperis*, the Court may dismiss the case or refuse to permit it to continue without payment of fees "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d) (1988).  Plaintiff Richard J. Dempsey has previously filed two

similar civil suits in this Court against Brevard County Judge McClaun in 2003 and 2004[1] and has sought to remove a criminal prosecution from Brevard County Court in 1999[2]. All three actions were promptly dismissed either because the claims were barred by the doctrine of judicial immunity or because the Court lacked jurisdiction.

In the instant case, Plaintiff again is suing Judge McClaun for claims arising from his 2003 incarceration for criminal contempt for not paying the $40 public defender fee generated in a DUI case which was resolved as a nolle prosequi. Plaintiff's claims against Judge McClaun are clearly barred by judicial immunity and by Federal Rule of Civil Procedure 41. Plaintiff lost his appeal of the fee issue in the state court in November 2005 and apparently his conviction stands.

In addition, arising from that incident, Plaintiff has sued the individual Brevard County Commissioners for "conspiring" to deny him equal protection and inflict cruel and unusual punishment for nothing more than authorizing operation of the Brevard County Jail where Plaintiff was incarcerated for failing to pay the $40 fee.

Plaintiff's remedy, if any, for his allegedly wrongful incarceration is to pursue an appeal, as Plaintiff has done in the state court system. In view of the immunity granted to the Judge, and the lack of a non-frivolous claim against the Commissioners, it is respectfully recommended that the application be **DENIED** and the action be **DISMISSED**.

---

[1] Case Nos. 6:03cv371-22 and 6:04cv542-28JGG.

[2] Case No. 6:99-cv-1001-18DAB.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 26, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy